IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-1150 (JDB) |
| ) | |
| WELLS FARGO BANK, NA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## STATUS REPORT

Plaintiff, United States of America, hereby notifies the court that, to date, it has not received the documents to which the Court refers in its June 11, 2014, Minute Order, which states:

> The Court is in receipt of documents purporting to make a claim to the settlement proceeds in this case, and it has forwarded those documents to counsel for the government. Government counsel, who is in contact with the claims administrator, shall promptly forward those documents to the claims administrator. SO ORDERED.

Minute Order, June 11, 2014.

Counsel for the United States in both the Civil Rights Division and the U.S. Attorney's Office for the District of Columbia have diligently and repeatedly checked with our respective mailroom and administrative staff, but there is no record or evidence of any delivery from the Court. We have also each spoken with the Court's chambers about these documents.

Without receipt or knowledge of the specific contents of the documents at issue, the United States is unable to comply with the Court's instruction to forward these documents to the settlement administrator, Epiq Class Action & Claims Solutions, Inc. ("Epiq). Although it is very likely that whoever sent the documents to the court also contacted Epiq and/or the United

States directly – in which case either Epiq or the United States has already reviewed the request and responded – we are unable to confirm that speculation without reviewing the documents or identifying the individual who sent them to the Court.

| | |
|---|---|
| Dated:  September 26, 2014 | Respectfully submitted, |
| RONALD C. MACHEN JR.<br>D.C. Bar # 447889<br>United States Attorney<br>District of Columbia | MOLLY J. MORAN<br>Acting Assistant Attorney General<br>Civil Rights Division |
| DANIEL F. VANHORN<br>D.C. Bar # 924092<br>Chief, Civil Division | STEVEN H. ROSENBAUM<br>D.C. Bar # 417585<br>Chief<br>Housing and Civil Enforcement Section<br>Civil Rights Division |
| __/s/ Keith V. Morgan_____<br>KEITH V. MORGAN<br>D.C. Bar #422665<br>Assistant United States Attorney<br>555 Fourth Street, NW<br>Washington, DC  20530<br>Phone:  (202) 252-2537<br>Fax:  (202) 252-2599<br>keith.morgan@usdoj.gov | COTY R. MONTAG<br>D.C. Bar # 498357<br>Deputy Chief<br><br>__/s/ Holly C. Lincoln_____<br>HOLLY C. LINCOLN<br>Trial Attorney<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Northwestern Building, 7th Floor<br>Washington, DC 20530<br>Phone:  (202) 514-0553<br>Fax:  (202) 514-1116<br>Holly.Lincoln@usdoj.gov |